IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL JAMES DRAKE
STEWART,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D17-4334

v.

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed December 7, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Michael James Drake Stewart, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of habeas corpus is dismissed as unauthorized. See Baker

v. State, 878 So. 2d 1236 (Fla. 2004).

WETHERELL, RAY, and WINSOR, JJ., CONCUR.